STATE OF CONNECTICUT *v.* DAVID G. WEAVING

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 41 (AC 30999), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Heather M. Wood,* assistant public defender, in support of the petition.

*Laurie N. Feldman,* special deputy assistant state's attorney, in opposition.

Decided January 13, 2011

BALRAM SETHI *v.* BRUHAN YAGILDERE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 902 (AC 31463), is denied.

*Laurence V. Parnoff,* in support of the petition.

*Stephen P. Wright,* in opposition.

Decided January 13, 2011

IN RE JUSTIN F.

IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 32571) is dismissed.

*Kimberly L.,* pro se, and *Anthony L.,* pro se, in support of the petition.

Decided January 13, 2011